PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL COLBY FOREMAN,<br><br>                  Plaintiff,<br><br>  v.<br><br>USCIS, ET AL.,<br><br>                  Defendants. | CASE NO. 2:24-CV-00035 TLN-KJN<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

      Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs do not oppose.  This case concerns Form I-130 petition for alien relative and Form I-485 application for adjustment of status that Plaintiffs filed concurrently on January 21, 2022. USCIS presently intends to schedule a follow-up interview on Plaintiffs' petition.  The parties anticipate that USCIS will be able to complete the adjudication of Plaintiff's petition following the completion of the interview, which is expected to render this lawsuit moot.   The parties therefore stipulate that the new

date for Defendants to file an answer or other dispositive pleading is May 10, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 23, 2024          PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: January 24, 2024

Troy L. Nunley
United States District Judge